PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Carlos Gonzalez

Docket No. 16CR45-1

Petition for Action on Conditions of Pretrial Release

COMES NOW, Terrance S. Dudley, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Carlos Gonzalez, who was placed under pretrial release supervision by the Honorable Marilyn Heffley sitting in the Court at Philadelphia, on July 27, 2016, under the following conditions:

1. $50,000 unsecured bond
2. Report to Pretrial Services as directed
3. Surrender/Refrain from obtaining a passport
4. Travel restricted to Eastern District of Pennsylvania unless prior permission is granted Pretrial Services
5. Surrender/Refrain from obtaining any firearms
6. Maintain residence of 930 W. Allen Street, Allentown, Pennsylvania
7. No contact with witnesses or co-defendants associated with case.

Mr. Gonzalez entered a guilty plea before Your Honor on April 10, 2017. Bail and release conditions were continued pending sentencing scheduled for July 12, 2017.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant failed to appear for scheduled office visits on May 9, 2017 and May 16, 2017. On May 10, 2017, Pretrial Services conducted a home visit to 930 West Allen Street, Allentown, PA, whereby the undersigned officer spoke with the defendant's daughter regarding Mr. Gonzalez's whereabouts. Our office was informed the defendant was not home, and the message to call Pretrial Services would be relayed to Mr. Gonzalez. As of this writing, our office has yet to receive a telephone call or message from the defendant. Attempts to leave voicemails on his cellular telephone were unsuccessful as a greeting comes on stating "this caller is not accepting calls".

Additionally, the defendant failed to appear for his scheduled meeting with U.S. Probation Officer Brett White on May 10, 2017. It should also be noted that Pretrial Services and the Probation Office sent letters to the defendant's residence advising him to be present for the above referenced office visits.

In summary, the defendant's whereabouts are unknown, and he has failed to report to Pretrial Services as directed.

AUSA Jennifer Jordan and Tiwana Wright, as well as defense counsel, Guy Sciolla, were advised of the defendant's noncompliance status with our office.

PRAYING THAT THE COURT WILL ORDER bail be revoked and a bench warrant issued for Violation of Pretrial Release conditions.

ORDER OF COURT

Considered and ordered this ___17th___ day of ___May___, 20 17 and ordered filed and made a part of the records in the above case.

_____
The Honorable Harvey Bartle III
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Terrance S. Dudley
U.S. Pretrial Services Officer

Place: Philadelphia

Date: May 16, 2017

cc to PTS