IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 16-45-1 |
| | : | |
| CARLOS GONZALEZ | : | |

## FORFEITURE MONEY JUDGMENT

IT IS HEREBY ORDERED THAT:

1. As a result of the defendant's guilt as to Counts Ten and Twenty-Two of the Indictment, the defendant is required, and has agreed, pursuant to 18 U.S.C. § 981(a)(1)(C) to forfeit to the United States any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of the commission of theft of public money.

2. The Court has determined, based on the facts set forth at the plea hearing, which formed the factual basis for the plea, as well as those set forth in the Government's Plea Memorandum, that the sum of **$2,010,617.00** in U.S. currency is subject to forfeiture as a result of the defendant's guilt as to the acts alleged in Counts Ten and Twenty-Two of the Indictment. This sum represents any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of the commission of theft of public money.

3. A personal forfeiture money judgment in the amount of **$2,010,617.00** is hereby entered against the defendant in favor of the United States.

1

4. Any property subsequently recovered from the defendant and forfeited by the government shall reduce the defendant's outstanding liability on the personal forfeiture money judgment.

5. Upon the entry of this Order, the United States is authorized to conduct any discovery necessary to identify and locate property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

6. Because the government seeks only a money judgment and does not seek forfeiture of any specific asset at this time, advertisement of the judgment and third-party proceedings are not required. Fed. R. Crim. P. 32.2(c)(1) (no ancillary proceedings to address third-party claims required where forfeiture consists of money judgment).

7. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the defendant's sentence and included in the judgment and commitment order.

8. The Court shall retain jurisdiction to enforce this Forfeiture Money Judgment, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

9. The Clerk of the United States District Court for the Eastern District of Pennsylvania shall deliver a copy of this Forfeiture Money Judgment to the United States Postal Service, the United States Marshal Service, and to counsel for the parties.

ORDERED this 7th day of August 2017.

_____
**HONORABLE HARVEY BARTLE, III**
**United States District Judge**